UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOBACCO TOWNSHIP

Plaintiff(s),

Case No. 1:13-cv-12331

v.

Judge Thomas L. Ludington

BOYCE HYDRO LLC

Magistrate Judge Charles E. Binder

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Boyce Hydro LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐     No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: May 28, 2013

S/ W. Jay Brown

P58858
W. Jay Brown PLC
213 East Main
Suite 2
Midland MI 48640
(989) 486-3676
brown@midlandmichiganlawyer.com